### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NAVY CHAN-PORTEOUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:20-cv-1149 |
| ) | |
| SPIRIT AEROSYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### **COMPLAINT**

Plaintiff Navy Chan-Porteous, through counsel Sean McGivern of Graybill & Hazlewood, LLC, states and alleges as follows for her cause of action against Defendant Spirit Aerosystems, Inc.:

1. Plaintiff Navy Chan-Porteous is a resident of the state of Kansas and a United States citizen.

2. Plaintiff is female, Asian, and of Cambodian descent and ancestry.

3. Defendant Spirit Aerosystems, Inc. is a Kansas corporation with its principal place of business in Wichita, Kansas.

4. At all times relevant to the allegations in this Complaint, Defendant had at least 500 full-time employees.

5. Plaintiff has worked for Defendant since 1998, with a layoff from 2001 to 2005.

1

6. By 2017, Plaintiff was employed in the paint department, as a topcoat painter and Team Lead.

7. In the spring of 2017, Enrique Macias became Plaintiff's supervisor.

8. Macias frequently asked Plaintiff where she was from. She told him Cambodia, but he would ask again and again.

9. From July through December 2017, Macias engaged in inappropriate behavior towards Plaintiff by referring to her as a bitch, scolding her, asking her "what the fuck" she was doing, following her (even to the restroom), staring at her, placing his groin area close to her head while she was seated at her desk, rubbing his groin area on the back of her chair, bumping into her, requiring her to perform tasks that other Team Leads did not have to perform, and making Plaintiff, a 105 pound person, carry 70-80 pound chemical bags upstairs that no one else in her role had to carry (before, during and after).

10. When Plaintiff requested personal protective equipment from Macias, he gave her a suit way too big for her.

11. When speaking about Plaintiff to one male employee, Macias said, "well that's what you get when you have a woman as Team Lead."

12. At some point in October 2017, Defendant received an anonymous complaint about how Macias treated Plaintiff.

13. As part of Defendant's inquiry, in November 2017, Plaintiff disclosed to upper management how Macias treated her.

14. On or about December 6, 2017, Plaintiff stopped receiving compensation for her Team Lead role.

15. On or about January 10, 2018, Plaintiff discovered that Macias took away her Team Lead role and her additional compensation on account of that role.

16. Defendant did not follow company practice in removing Plaintiff's Team Lead position, as that would have required justification that the employee is not fit for the position.

17. Plaintiff had not received any writeups or discipline to justify stripping her of her Team Lead role and additional compensation.

18. Despite her role of Team Lead being stripped from her, Plaintiff continued to perform the functions of a Team Lead.

19. Defendant violated Plaintiff's rights under the Civil Rights Act of 1866, 42 U.S.C. § 1981; Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and the Kansas Act Against Discrimination, K.S.A. 44-1001 et seq.

20. Plaintiff has been harmed by Defendant's illegal conduct.

21. Plaintiff has exhausted all necessary administrative remedies.

WHEREFORE, Plaintiff Navy Chan-Porteous prays that judgment be entered in her favor, and against Defendant Spirit Aerosystems, Inc. for damages in excess of $75,000.00, representing economic losses, noneconomic losses, compensatory damages, general damages, punitive damages, attorneys fees and costs, and all other relief that the Court deems just and equitable.

**Plaintiff Navy Chan-Porteous demands trial by jury.**

**Plaintiff Navy Chan-Porteous designates Wichita, Kansas as the place of trial.**

| | |
|---|---|
| Dated: June 9, 2020. | SUBMITTED BY: |

GRAYBILL & HAZLEWOOD, LLC

/s/ Sean McGivern
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Fax: (316) 462-5566
don@graybillhazlewood.com
sean@graybillhazlewood.com
*ATTORNEYS FOR PLAINTIFF*

4