IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NAVY CHAN-PORTEOUS,  )<br> )<br>            Plaintiff,  )<br> )<br>v.   )    Case No. 6:20-cv-1149<br> )<br>SPIRIT AEROSYSTEMS, INC.,  )<br> )<br>            Defendant.  )<br> ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Navy Chan-Porteous, by her attorney, and Defendant Spirit AeroSystems, Inc. file this Joint Stipulation of Voluntary Dismissal with Prejudice. The parties stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties. The Parties further stipulate that each of the parties are responsible for their own attorneys' fees, expenses, and costs, except as stated in the parties' Agreement.

Respectfully Submitted this 10th day June 2021,

| | |
|---|---|
| */s/ Teresa L. Shulda* | */s/ Sean M. McGivern* |
| Teresa L. Shulda, #23425 | Donald N. Peterson, #13805 |
| Emily L. Matta, #28596 | Sean M. McGivern, #22932 |
| Foulston Siefkin LLP | Graybill & Hazlewood, LLC |
| 1551 N. Waterfront Pkwy, Ste. 100 | 218 N. Mosley St. |
| Wichita, KS 67206 | Wichita, KS 67202 |
| Phone: (316) 291-9791 | Phone: (316) 266-4058 |
| Fax: (866) 347-5160 | Fax: (316) 465-5566 |
| tshulda@foulston.com | don@graybillhazlewood.com |
| ematta@foulston.com | sean@graybillhazlewood.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>/s/ Teresa L. Shulda</u><br>
Teresa L. Shulda, #23425